UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JOSE MIGUEL DE LOS SANTOS-BAEZ, )<br>)<br>Petitioner )<br>)<br>v. )<br>)<br>JAMES BAILEY, et al., )<br>)<br>Respondents ) | Civil No. 2:26-cv-00022-LEW |

## JUDGMENT

Pursuant to the Order on Petition for Writ of Habeas Corpus entered by Chief U.S. District Judge Lance E. Walker, on February 10, 2026;

The Petition for Writ of Habeas Corpus is denied.

                                                                    Jennifer P. Lyons, Clerk

                                        By:    /s/ Stacey Graf
                                                      Deputy Clerk

Dated: February 11, 2026